JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COORDINATED CARE CENTER, INC. DBA SAN MARINO MANOR, ERWIN CABLAYAN, an individual, AND SUE CABLAYAN, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AMERICAN EMPIRE INSURANCE COMPANY, and DOES 1 through 100<br><br>        Defendants. | No. CV11-04940 (AJWx)<br><br>JUDGMENT |
|---|---|

This matter came on for hearing before the Court on September 12, 2011, the Honorable Manuel L. Real, District Court Judge Presiding, on defendant American Empire Insurance Company's ("American Empire") motion to dismiss Plaintiffs' complaint.  The Court granted American Empire's motion to dismiss in its entirety, without leave to amend.

IT IS HEREBY ORDERED AND ADJUDGED that American Empire shall have judgment against Plaintiffs Coordinated Care Center, Inc. (dba San Marino Manor), Erwin Cablyan, and Sue Cablyan.

American Empire may move for taxation of its costs.

Dated:  September 22, 2011

_____
Hon. Manuel L. Real
United States District Court Judge